FILED
07 MAR 23 AM 8:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MARIN-PATINO,<br><br>　　　　　Defendant. | Criminal Case No. 07MJ0382-POR<br>07CR635 GT<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

   In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 *et seq.*), this Court conducted a detention hearing on February 23, 2007 to determine whether defendant Jesus Marin-Patino (the "Defendant") should be held in custody pending trial, on the grounds that he is a flight risk. Assistant U.S. Attorney David D. Leshner appeared on behalf of the United States. Attorney Carey D. Gorden appeared on behalf of the Defendant.

   Based on the evidence proffered by the United States and by the Defendant, the Pretrial Services Report, and the Complaint, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

## I.

## FINDINGS OF FACT

**A.    Nature and Circumstances of the Offense Charged (18 U.S.C. § 3142(g)(1))**

   1.    The defendant is charged in Criminal Complaint No. 07MJ0382 with knowingly and intentionally importing approximately 1.45 kilograms of methamphetamine, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952 and 960. Because there is probable cause to believe that the Defendant committed the offense charged and the maximum term of imprisonment is ten years or more, it is presumed that no condition or combination of conditions will reasonably assure the Defendant's appearance as required. 18

U.S.C. § 3142(e). The Court finds that the Defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure his appearance as required.

        B.        **Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))**

        2.        Although the weight of the evidence against the Defendant is the least important factor, the Court finds that probable cause exists to believe that the Defendant has committed the offense charged. The Defendant entered the United States in a vehicle at the San Ysidro Port of Entry on February 15, 2007. Concealed within the defendant's vehicle was 1.45 kilograms of methamphetamine.

        C.        **History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3))**

        3.        The Defendant is a citizen and resident of Mexico. The Defendant's parents and siblings also reside in Mexico. Although the Defendant's wife resides in the United States, the Defendant does not have contact information for her. The only relatives of the Defendant who reside in the United States are aunts and uncles.

        4.        The Defendant does not have employment ties to the community. He is employed in Mexico.

        5.        The Defendant does not have financial ties to the community.

## II.

## REASONS FOR DETENTION

        6.        The Defendant faces a substantial prison if convicted of the offense charged, and he has strong incentive to flee should he be released on bail. This Court has weighed the § 3142(g) factors and finds that the United States has carried its burden of establishing by a preponderance that no condition or combination of conditions will reasonably assure the defendant's appearance as required.

///

///

///

## III.

## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 3/23/07

The Honorable Louisa S. Porter
United States Magistrate Judge

Prepared by:

_____
David D. Leshner
Assistant U.S. Attorney

3