FILED

2007 JUN 28  PM 4: 49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR0635-GT |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| JESUS MARIN-PATINO, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing be rescheduled to **Thursday, August 16, 2007, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: _June 28, 2007_

_____
**HONORABLE GORDON THOMPSON, JR.**